Exhibit 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-299-826**

**Effective Date of Registration:**
April 14, 2022
**Registration Decision Date:**
May 16, 2022

---

## Title

**Title of Work:** You Asleep Yet?

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** March 18, 2015
**Nation of 1st Publication:** Canada

## Author

**Author:** Laura Graves
**Author Created:** 2-D artwork
**Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Laura Graves
4463 av Christophe-Colomb, Montreal, QC H2J 3G4, Canada

## Rights and Permissions

**Name:** Andrew Moszynski
**Email:** andrewmoszynski@gmail.com

## Certification

**Name:** David Denholm
**Date:** April 14, 2022
**Applicant's Tracking Number:** LG2022041502

Page 1 of 1



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-300-087

**Effective Date of Registration:**
April 14, 2022
**Registration Decision Date:**
May 17, 2022

---

## Title

| | |
|---|---|
| **Title of Work:** | Sneaky Cat |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | October 28, 2016 |
| **Nation of 1st Publication:** | Canada |

## Author

| | |
|---|---|
| **Author:** | Laura Graves |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Canada |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Laura Graves |
| | 4463 av Christophe-Colomb, Montreal, QC H2J 3G4, Canada |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Andrew Moszynski |
| **Email:** | andrewmoszynski@gmail.com |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 14, 2022 |
| **Applicant's Tracking Number:** | LG2022041501 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-300-107

**Effective Date of Registration:**
April 14, 2022
**Registration Decision Date:**
May 17, 2022

---

## Title

| | |
|---|---|
| **Title of Work:** | The Optimist // Rose Tinted Glasses |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | October 12, 2016 |
| **Nation of 1st Publication:** | Canada |

## Author

| | |
|---|---|
| **Author:** | Laura Graves |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Canada |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Laura Graves |
| | 4463 av Christophe-Colomb, Montreal, QC H2J 3G4, Canada |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Andrew Moszynski |
| **Email:** | andrewmoszynski@gmail.com |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 14, 2022 |
| **Applicant's Tracking Number:** | LG2022041505 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-299-829

**Effective Date of Registration:**
April 14, 2022
**Registration Decision Date:**
May 16, 2022

---

**Title**

**Title of Work:** Easy Tiger

**Completion/Publication**

**Year of Completion:** 2019
**Date of 1st Publication:** September 20, 2019
**Nation of 1st Publication:** Canada

**Author**

**Author:** Laura Graves
**Author Created:** 2-D artwork
**Citizen of:** Canada

**Copyright Claimant**

**Copyright Claimant:** Laura Graves
4463 av Christophe-Colomb, Montreal, QC H2J 3G4, Canada

**Rights and Permissions**

**Name:** Andrew Moszynski
**Email:** andrewmoszynski@gmail.com

**Certification**

**Name:** David Denholm
**Date:** April 14, 2022
**Applicant's Tracking Number:** LG2022041510

---



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-300-072

**Effective Date of Registration:**
April 14, 2022
**Registration Decision Date:**
May 17, 2022

---

### Title
           **Title of Work:** Are You Awake Yet?

### Completion/Publication
           **Year of Completion:** 2017
        **Date of 1st Publication:** October 09, 2017
     **Nation of 1st Publication:** Canada

### Author
              **Author:** Laura Graves
        **Author Created:** 2-D artwork
           **Citizen of:** Canada

### Copyright Claimant
     **Copyright Claimant:** Laura Graves
4463 av Christophe-Colomb, Montreal, QC H2J 3G4, Canada

### Rights and Permissions
              **Name:** Andrew Moszynski
             **Email:** andrewmoszynski@gmail.com

### Certification
              **Name:** David Denholm
              **Date:** April 14, 2022
  **Applicant's Tracking Number:** LG2022041503

---

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-300-103**

**Effective Date of Registration:**
April 14, 2022
**Registration Decision Date:**
May 17, 2022

---

### Title

**Title of Work:** Octopus

### Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** June 08, 2015
**Nation of 1st Publication:** Canada

### Author

- **Author:** Laura Graves
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

### Copyright Claimant

**Copyright Claimant:** Laura Graves
4463 av Christophe-Colomb, Montreal, QC H2J 3G4, Canada

### Rights and Permissions

**Name:** Andrew Moszynski
**Email:** andrewmoszynski@gmail.com

### Certification

**Name:** David Denholm
**Date:** April 14, 2022
**Applicant's Tracking Number:** LG2022041509

Page 1 of 1

